UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry Curls,                                                              Civil 12-1011 MJD/FLN

    Plaintiff,

v.                                                                              O R D E R

Dick's Valley Service, Inc.

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 30, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is summarily DISMISSED for lack of jurisdiction.


DATED: May 31, 2012.                         s/Michael J. Davis
at Minneapolis, Minnesota                    CHIEF JUDGE MICHAEL J. DAVIS
                                                            United States District Court